■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BOYNTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Murray, J.), rendered January 17, 1983, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was deprived of a fair trial when the prosecutor showed his photograph to the complaining witnesses on the morning of the trial has not been preserved for appellate review. By failing to request a *Wade* hearing either before or during trial the defendant has waived his right to judicial review of the issue (CPL 710.60 [3]; 470.05 [2]; *People v Ross,* 21 NY2d 258; *People v Gustafson,* 110 AD2d 1055). In any event, the complainants' testimony at trial established that an independent source existed for their in-court identification *(see, Matter of Michael J.,* 117 AD2d 602; *People v Williams,* 87 AD2d 876; *People v Tillman,* 74 AD2d 911).

We have examined the defendant's remaining contentions and find them to without merit. Thompson, J. P., Niehoff, Rubin and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN BRABHAM, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered December 10, 1985, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Bracken, Rubin, Kooper and Spatt, JJ., concur.